DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL C. LANGHALS,** as Guardian of Judith L. Langhals,
Appellant,

v.

**DIANE BUTLER** and **PAT COLBY,**
Appellees.

No. 4D17-3879

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502016GA000534XXXXNB.

Brett C. Barner of Barner & Barner, P.A., Palm Beach Gardens, for appellant.

No appearance required for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***